## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  **ROY ANSON MCGEE**  **CHAPTER 11**
        Debtor                **CASE NO. 17-11405**

### AFFIDAVIT OF DEBTOR AS TO
### NON-COMPLIANCE WITH SMALL BUSINESS DOCUMENTS

COMES NOW Roy Anson McGee (the "Debtor"), and file this Affidavit on behalf of the Debtor as to Non-Compliance with Small Business Documents, and in support thereof, would respectfully show as follows, to-wit:

1. Debtor is fully apprised of the facts and circumstances in connection with this Affidavit, and he makes this Affidavit upon his personal knowledge, information and belief.

2. The Debtor herein does not have any balance sheets, financial statements and related information that would allow him to fulfill the "small business requirements" of 11 U.S.C. § 1116.

3. The Debtor has provided a copy of his 2015 tax return to the United States Trustee.

Further, the Debtor says nothing.

This, the 23rd day of April, 2017.

Respectfully submitted,

ROY ANSON MCGEE

By: _/s/ Roy Anson McGee_
Roy Anson McGee, Debtor

STATE OF MISSISSIPPI
COUNTY OF Clay

PERSONALLY appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named Roy Anson McGee, who after being duly sworn, stated on oath that the above and foregoing matters, statements and allegations are true and correct to the best of his knowledge, information and belief.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 23 day of April, 2017.

_____
NOTARY PUBLIC

(SEAL)
STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 2479
ALVIN QUINN
Commission Expires
Nov 14, 2018
CLAY COUNTY